UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARCOS PENA, | § |
| Plaintiff, | § |
| v. | § Civil No. 22-01092-XR |
| JOHN DOE, an individual, and DOES 2-25, | § |
| Defendants. | § |

### NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)

Plaintiff Marcos Pena hereby dismisses the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). FRCP 41(a)(1)(A)(i) permits a plaintiff to dismiss an action without a court order if the opposing party has not served an answer or a motion for summary judgment. No defendant has appeared in this action.

Dated: July 16, 2024                            Respectfully submitted,

                                                WALSH PLLC

                                                By /s/ Bonner C. Walsh
                                                Bonner C. Walsh
                                                1561 Long Haul Road
                                                Grangeville, ID 83530
                                                Phone: (541) 359-2827
                                                Fax: (866) 503-8206
                                                Bonner@walshpllc.com

1

Adam Gonnelli
LAW OFFICE OF ADAM R. GONNELLI, L.L.C.
707 Alexander Road
Building 2, Suite 208
Princeton, New Jersey 08540
phone: (917) 541-7110
adam@arglawoffice.com

Attorneys for Plaintiff

**CERTIFICATE OF NON-SERVICE**

Because Plaintiff has not been able to locate an appropriate party for service, Plaintiff has not served defendants or counsel a copy of this document.

/s/ Bonner C. Walsh
Bonner C. Walsh